DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANGELO PANETTIERI,**
Appellant,

v.

**PEOPLE'S TRUST INSURANCE COMPANY,**
Appellee.

No. 4D20-2624

[April 20, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE-20-005074.

Mark A. Nation of The Nation Law Firm, LLP, Longwood, for appellant.

Mark D. Tinker of Cole, Scott & Kissane, P.A., Tampa, and Brett Frankel, Jonathan Sabghir and Jake A. Tover of People's Trust Insurance Company, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed. See Dodge v. People's Tr. Ins. Co.*, 321 So. 3d 831 (Fla. 4th DCA 2021).

CONNER, C.J., FORST and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***